The People of the State of New York ex rel. Harrison T. Slosson, Appellant, v. The Board of Supervisors of the County of Westchester, Respondent.— Motion granted and order resettled by awarding the sum of fifty dollars costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Simon Sarderwich, Respondent, v. Daniel Fuchs and Another, Appellants.— Motion for stay denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Thomas J. Taylor, Respondent, v. Edna Bell, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Frank T. Lawrence, Respondent, v. Alphonse Christlieb and Daniel Lamm, Defendants, Impleaded with Otto C. Heinze and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

M. Mosson Company (Incorporated), Respondent, v. Erie Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Westchester Traction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred. Stay vacated.

Benjamin Summers, Appellant, v. Samuel Kowsky, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Frank C. Weitzmann, Jr., by Frank C. Weitzmann, His Guardian ad Litem, Respondent, v. A. L. Barber Asphalt Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Warren Dayton, Jr., Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Beatrice Griffin, an Infant, etc., Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Christiana Griffin, an Infant, etc., Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Lillian Griffin, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.